UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PETILLO, JR., <br><br> Plaintiff, <br><br> v. <br><br> CSP SAC NEW FOLSOM PRISON, <br><br> Defendant. | No. 2:21-cv-1471 DC AC P <br><br><br> ORDER |

On November 3, 2025, the court received and docketed a letter from plaintiff and another inmate who is not party to this action. ECF No. 16. This case was closed on December 9, 2024. ECF Nos. 14, 15. Plaintiff is advised that documents filed in this action or submitted to the court after the closing date will be disregarded, and no orders will issue in response to future filings. To the extent plaintiff seeks relief, he must file a new, separate lawsuit.[1]

DATED: November 17, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is also advised that non-attorneys (i.e. other inmates) have no authority to represent, appear, or seek relief on the behalf of other inmates. See Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997) ("While a non-attorney may appear pro se on his own behalf, he has no authority to appear as an attorney for others than himself") (internal quotations and citation omitted); see also Jorss v. Schwarzenegger, 168 F. App'x 825, 826 (9th Cir. 2006) (finding the district court properly dismissed the complaint because the pro se prisoner plaintiff could not represent others). Accordingly, if plaintiff files a complaint without counsel, he can only seek relief for his own claims, not the claims of other prisoners.

1